## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Mahaney, individually and as
Personal Representative of the Estate
of Christeen Mahaney, deceased,

       Plaintiff,                      Civil No. 07-4837 (RHK/AJB)

vs.                               **DISQUALIFICATION AND
                                        ORDER FOR REASSIGNMENT**

Wyeth Pharmaceuticals, Inc., Wyeth
Laboratories, Inc., Wyeth-Ayerst
Pharmaceuticals, Inc., Wyeth Pharmaceuticals,
Wyeth Ayerst International, Inc., Wyeth,
Inc., Pfizer, Inc., Pharmacia & Upjohn, Inc.,
a/k/a Pharmacia & Upjohn Company ,
Greenstone Ltd.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 14, 2007

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge